# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GVP GLOBAL CORP., a Delaware corporation, | § § § | |
| Defendant Below, Appellant, | § § § | No. 105, 2022 |
| v. | § § | Court Below—Superior Court of the State of Delaware |
| AHMED AL BALOOSHI, | § § | |
| Plaintiff Below, Appellee. | § § | C.A. No. N19C-10-215 |

Submitted: September 21, 2022
Decided: October 5, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## **ORDER**

This 5th day of October 2022, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Post-Trial Memorandum Opinion dated February 25, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice